IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Letren
**Plaintiff,**

v.                                             Case No. 8:16-cv-03520-PX

JPMorgan Chase Bank, N.A.
**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Craig Goldblatt, am a member in good standing of the bar of this Court. I am moving the admission of Alan E. Schoenfeld to appear pro hac vice in this case as counsel for Defendant - JPMorgan Chase Bank, N.A.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York - April 17, 2007 | See Addendum A |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court Zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| s/ Craig Goldblatt | s/ Alan E. Schoenfeld * |
| Signature | Signature (* signed by Craig Goldblatt with permission of Alan Schoenfeld) |
| Craig Goldblatt, SBN 19680 | Alan E. Schoenfeld, SBN 4500898 |
| Printed name and bar number | Printed name and bar number |
| Wilmer Cutler Pickering Hale & Dorr LLP | Wilmer Cutler Pickering Hale & Dorr LLP |
| Office name | Office name |
| 1875 Pennsylvania Ave. NW, Washington, DC 20006 | 7 World Trade Center, New York, New York 10007 |
| Address | Address |
| craig.goldblatt@wilmerhale.com | alan.schoenfeld@wilmerhale.com |
| Email Address | Email Address |
| 202-663-6483 | 212-937-7294 |
| Telephone number | Telephone number |
| 202-663-6363 | 212-230-8888 |
| Fax Number | Fax Number |

# ADDENDUM A

**Bar Memberships of Alan E. Schoenfeld**

| COURT NAME | ADMISSION DATE |
|---|---|
| U.S. District Court for the Southern District of New York | Dec. 17, 2008 |
| U.S. District Court for the Eastern District of New York | Apr. 29, 2009 |
| U.S. Court of Appeals for the First Circuit | Feb. 10, 2011 |
| U.S. Court of Appeals for the Second Circuit | Feb. 17, 2009 |
| U.S. Court of Appeals for the Sixth Circuit | Fcb. l0, 2011 |
| U.S. Court of Appeals for the Ninth Circuit | Aug. 31, 2009 |
| U.S. Court of Appeals for the Tenth Circuit | Nov. 26, 2013 |
| U.S. Court of Appeals for the Eleventh Circuit | Feb. 15, 2011 |
| U.S. Court of Appeals for the D.C. Circuit | Oct. 31, 2013 |
| United States Supreme Court | Dec. 6, 2011 |