IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEIL F. LETREN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:16-cv-03520-PX |
| JPMORGAN CHASE BANK, N.A. | ) |
| Defendant. | ) |

**JOINT INITIAL STATUS REPORT**

Pursuant to this Court's November 3, 2016 Scheduling Order, Defendant JPMorgan Chase Bank, N.A. ("Chase") and Plaintiff Neil F. Letren jointly state as follows:

1. **Requests for Modification.** The parties do not request any modification to the discovery limits in the Scheduling Order. Plaintiff requests that all deadlines starting with the January 3, 2017 deadline for Plaintiff's Rule 26(a)(2) expert disclosures be pushed back 30 days:

| **Current Deadline** | **Plaintiff's Proposal** | **Event(s)** |
|---|---|---|
| November 17, 2016 | November 17, 2016 | Rule 16 conference call at 10:30 a.m. |
| December 19, 2016 | December 19, 2016 | Motions to amend the pleadings or for joinder of additional parties |
| January 3, 2017 | February 2, 2017 | Plaintiff's Rule 26(a)(2) expert disclosures |
| February 1, 2017 | March 3, 2017 | Defendant's Rule 26(a)(2) expert disclosures |
| February 15, 2017 | March 17, 2017 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| February 22, 2017 | March 24, 2017 | Rule 26(e)(2) supplementation of disclosures and responses |
| March 20, 2017 | April 19, 2017 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| March 27, 2017 | April 26, 2017 | Requests for admission |
| April 17, 2017 | May 17, 2017 | Dispositive pretrial motions |

2. **Report on Consent to Proceed Before a United States Magistrate Judge.**  The parties do not consent to proceed before a magistrate judge.

3. **Report on Mediation with a United States Magistrate Judge.**  The parties do not currently anticipate participating in mediation before a magistrate judge.

4. **Report on the Scope of Discovery.**  The parties will conduct discovery pursuant to the Federal Rules, the District of Maryland's Local Rules, and the Scheduling Order.  The parties do not anticipate the need for any modification of the applicable limitations on discovery.  Plaintiff will likely seek discovery relating to topics such as Chase's investigation into the credit-bureau disputes at issue in the Complaint.  Chase will likely seek discovery relating to the allegations in the Complaint and Plaintiff's claimed damages.

5. **Request for a Case Management Conference.**  The parties do not anticipate a need for a case management conference.

Dated: November 16, 2016

/s/ Alan Schoenfeld
Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
alan.schoenfeld@wilmerhale.com
Telephone: (212) 937-7294
Fax: (212) 230-8888

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

/s/ Neil F. Letren *
Neil F. Letren
105 E. Mill Avenue
Capital Heights, MD 20743
Telephone: (240) 838-6601
neilletren@msn.com

*Pro Se* Plaintiff
(*signed by Alan Schoenfeld with the permission of Neil Letren)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2016, the foregoing Joint Initial Status Report was served by overnight mail and email upon:

Neil F. Letren
105 E. Mill Avenue
Capital Heights, MD 20743
Telephone: (240) 838-6601
neilletren@msn.com

*Pro Se* Plaintiff

/s/ *Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)