UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NEIL F. LETREN,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Civil Action No. PX -16-3520

## AMENDED SCHEDULING ORDER

For the reasons discussed during the November 17, 2016, status conference, and with agreement of the parties, the Scheduling Order in this case shall be amended as follows:

| Original Date | New Date | Event |
| --- | --- | --- |
| January 3, 2017 | February 2, 2017 | Plaintiff's Rule 26(a)(2) expert disclosures |
| February 1, 2017 | March 3, 2017 | Defendant's Rule 26(a)(2) expert disclosures |
| February 15, 2017 | March 17, 2017 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| February 22, 2017 | March 24, 2017 | Rule 26(e)(2) supplementation of disclosures and responses |
| March 20, 2017 | April 19, 2017 | Completion of Discovery; submission of Post-Discovery Joint Status Report. |
| March 27, 2017 | April 26, 2017 | Requests for Admission |
| April 17, 2017 | May 17, 2017 | Dispositive Pretrial Motions |

Dated: November 17, 2016

        /S/
Paula Xinis
United States District Judge