**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| NEIL F. LETREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:16-cv-03520-PX |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S LOCAL RULE 103.5(a)**
**CERTIFICATION OF FILING OF STATE COURT DOCUMENTS**

Pursuant to Local Civil Rule 103.5(a), the undersigned counsel for Defendant JPMorgan Chase Bank, N.A. certifies that true and legible copies of all documents on file in the state court are attached as Exhibit 1 and thus filed in the United States District Court for the District of Marlyand.

Dated: November 17, 2016

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
alan.schoenfeld@wilmerhale.com
Telephone: (212) 937-7294
Fax: (212) 230-8888

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of November, 2016, the foregoing Defendant JPMorgan Chase Bank, N.A.'s Local Rule 103.5(a) Certification of Filing of State Court Documents was served by overnight mail and email upon:

  Neil F. Letren
  105 E. Mill Avenue
  Capital Heights, MD 20743
  Telephone: (240) 838-6601
  neilletren@msn.com

  *Pro Se* Plaintiff

                 */s/ Alan Schoenfeld*
                 Alan Schoenfeld (*pro hac vice*)