IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEIL F. LETREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 8:16-cv-03520-PX |
| | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

### DISMISSAL ORDER

Upon consideration of the stipulation filed by the parties, it is ORDERED that the Complaint (Dkt. 2) in this case and all claims asserted therein are dismissed with prejudice. Each party shall bear its own attorney's fees, expenses, and costs

Dated: March 20, 2017

/S/
The Honorable Paula Xinis
United States District Judge